# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:16-CR-4 |
| v. | : (Chief Judge Conner) |
| **BRANDON MORANT**, | : |
| Defendant | : |

## **ORDER**

AND NOW, this 30th day of October, 2018, upon consideration of the letter (Doc. 402) filed by *pro se* defendant Brandon Morant ("Morant") seeking an updated docket sheet, and the court construing Morant's request as an indication that he may not have received a copy of the court's August 29, 2018 order (Doc. 375), wherein the court lifted the stay of briefing and disposition of Morant's motion (Doc. 338) to vacate, set aside, or correct the sentence and set a deadline for Morant to file a reply brief, and the court concluding, in view of the recent lockdown of all state correctional facilities, that an extension of the deadline to file a reply brief is warranted, it is hereby ORDERED that:

1. Morant may file a reply on or before **Friday, November 23, 2018** responding to the government's brief in opposition (Doc. 346) and addressing whether the Third Circuit's recent decision in United States v. Glass, No. 16-2906, 2018 WL 3999890 (3d Cir. Aug. 22, 2018), applies to his case.

2. The Clerk of Court is directed to mail Morant a copy of this order and the court's August 29, 2018 order (Doc. 375).

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania